**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**WARNER GOODEN IV,**

      **Plaintiff,**

  vs.                                 **Civil Action 2:04-CV-174
Judge Frost
Magistrate Judge King**

**C. SAXOUR, Correctional Officer,**
*et al.*,

      **Defendants.**

## ORDER

On March 30, 2005, the United States Magistrate Judge issued a *Report and Recommendation* recommending that plaintiff's motion for default judgment be granted in part and that plaintiff be awarded default judgment against defendant Saxour in the amount of $10,000.00. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**. Plaintiff's motion for default judgment is hereby **GRANTED** in part. Plaintiff is hereby **AWARDED** default judgment against defendant Saxour in the amount of $10,000.00.

                                                  /s/ Gregory L. Frost
                                                    Gregory L. Frost
                                          United States District Judge